DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JUAN PELAEZ,**
Appellant,

v.

**JENIFER RUIZ-DIAZ,**
Appellee.

No. 4D2023-2674

[April 25, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Lauren M. Alperstein, Judge; L.T. Case No. FMCE20011448.

Juan Pelaez, Hallandale Beach, pro se.

No appearance filed for appellee.

PER CURIAM.

*Affirmed.*

GROSS, DAMOORGIAN and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***